UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABELO PASCUAL,<br>Plaintiff,<br>v.<br>ANTHROPIC, PBC,<br>Defendant. | **ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO CONSOLIDATE; DENYING WITHOUT PREJUDICE THE MOTION TO APPOINT INTERIM COUNSEL**<br><br>Case No. 26-cv-07699-RFL<br>Re: Dkt. No. 24 |
| MONEAL PATEL et al.,<br>Plaintiffs,<br>v.<br>ANTHROPIC, PBC,<br>Defendant. | Case No. 26-cv-07837-RFL<br>Re: Dkt. No. 25 |

For good cause shown, Plaintiffs Isabelo Pascual, Moneal Patel, and Laurel Morgan (collectively, "Plaintiffs") Unopposed Motion to Consolidate Related Actions is **GRANTED**. Accordingly, the Court **ORDERS** as follows:

1. *Pascual v. Anthropic, PBC*, No. 4:26-cv-07699-RFL and *Patel v. Anthropic, PBC*, No. 3:26-cv-07837-RFL, shall be consolidated under the *Pascual* case, pursuant to Federal Rule of Civil Procedure 42(a) (the "Consolidated Action");
2. All papers in the Consolidated Action shall be filed under Case No. 26-cv-07699, and shall bear the following caption:

| IN RE CLAUDE SERVICE DEGRADATION LITIGATION<br>This Document Relates To: | Master File No. 26-cv-07699-RFL |
|---|---|

3. The case file for the Consolidated Action will be maintained under Master File No. 4:26-cv-07699. When a pleading is intended to apply to all actions to which this Order applies, the words “All Actions” shall appear immediately after the words “This Document Relates To:” in the caption described above. When a pleading is not intended to apply to all actions, the docket number for each individual action to which the paper is intended to apply and the last name of the first-named plaintiff in said action shall appear immediately after the words, “This Document Relates To:” in the caption identified above, e.g., “4:26-cv-07699 (Pascual).”

4. Any other action arising out of the same or similar operative facts and seeking relief on class or representative basis now pending or hereafter filed in, removed to, or transferred to this District, and which the Court finds related to the Consolidated Action, shall be consolidated for pre-trial purposes pursuant to Rule 42(a). The parties shall file a Notice of Related Action whenever a case that they believe should be consolidated into this action is filed in, transferred to, or removed to this District.

5. If the Court determines that the case is related, the clerk shall:
    a. Place a copy of this Order in the separate file for such action;
    b. Serve on Plaintiffs’ counsel in the new case a copy of this Order;
    c. Direct that this Order be served upon Defendant(s) in the new case; and
    d. Make appropriate entry in the Master Docket.

6. This Order shall apply to the above-captioned matters and any subsequently

consolidated actions.

Plaintiffs shall file a Consolidated Amended Complaint by **September 12, 2026**.

The Motion to Appoint Interim Counsel is **DENIED** without prejudice as premature. If a significant number of additional cases are added to the Consolidated Action, Plaintiffs may renew their request for appointment of interim class counsel. Otherwise, appointment of class counsel will be addressed at the class certification stage.

**IT IS SO ORDERED.**

Dated: August 26, 2026

RITA F. LIN
United States District Judge